UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY BOE ET AL.** | CIVIL ACTION |
| VERSUS | |
| **HEART CLINIC OF HAMMOND, LLC ET AL.** | NO.: 17-00217-BAJ-RLB |

### ORDER

Considering the **Notice of Settlement (Doc. 58)**,

**IT IS ORDERED** that all claims in the above-captioned matter are **DISMISSED**, without prejudice to the parties' rights to, within **SIXTY DAYS** and upon good cause shown, re-open this matter if the settlement is not consummated.

Baton Rouge, Louisiana, this 27th day of February, 2019.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Jury